JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| OAKLEY, INC., a Washington corporation, and OAKLEY SALES CORP., a Washington corporation,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>EMALISH CORP., a New York corporation, VITO BORKER, an individual, and STANLEY BOLDS, an individual,<br><br>　　　　　Defendants. | Case No.: SACV 09-01286 JVS (ANx)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

　　　This case having come before this Court, upon the pleadings, and it being represented to the Court that Plaintiffs, Oakley, Inc. and Oakley Sales Corp. (hereinafter collectively referred to as "Oakley") and Defendants Emalish Corp., Vito Borker and Stanley Bolds, (hereinafter collectively referred to as "Defendants") have settled their differences with respect to the matters in dispute by way of a separate confidential agreement between the parties. On the consent of the parties and their attorneys, and good cause having been shown,

… … …

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED**:

That all claims, counterclaims and defenses of Oakley and Defendants are dismissed with prejudice.

DATED: April 20, 2010

_____
U.S. DISTRICT COURT JUDGE